TIMOTHY COURCHAINE
United States Attorney
District of Arizona

RAYNETTE M. LOGAN
Assistant United States Attorney
Arizona State Bar No. 016695
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Raynette.Logan@usdoj.gov
Attorneys for Plaintiff

> ✓ FILED ____ LODGED
> ____ RECEIVED ____ COPY
>
> SEP 2 3 2025
>
> CLERK U S DISTRICT COURT
> DISTRICT OF ARIZONA
> BY____ lʎʰ ____ Z DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | CR-25-01318-PHX-DWL (ESW) |
| vs. | **INDICTMENT** |
| Vernon Andrew Porter, | VIO: 18 U.S.C. §§ 922(g)(1) and 924(a)(8) (Felon in Possession of Ammunition) Count 1 |
| Defendant. | 26 U.S.C. §§ 5861(d) and 5871 (Possession of Unregistered Firearm) Count 2 |
| | 26 U.S.C. §§ 5861(i) and 5871 (Possession of Firearm Unidentified by Serial Number) Count 3 |

THE GRAND JURY CHARGES:

### Count 1

On or about January 13, 2025, in the District of Arizona, Defendant VERNON ANDREW PORTER, did possess, in and affecting interstate commerce, ammunition, that is, a live Club USA brand .410-gauge shotgun shell. Defendant knowingly possessed the ammunition, knowing he had been convicted of a crime punishable by a term of imprisonment exceeding one year, to wit: Aggravated Assault, in CR-92-92989, on January 14, 1993, a felony, in the Superior Court of Arizona, Maricopa County.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## Count 2

On or about January 13, 2025, in the District of Arizona, Defendant VERNON ANDREW PORTER, did knowingly possess a firearm, that is, a weapon or device capable of being concealed on the person from which a shot can be discharged through the energy of an explosive, and being neither a handgun nor a pistol by definition, as defined in Title 26, United States Code, Section 5845(e), and was aware of such characteristics, which firearm was not registered to him in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Section 5841.

In violation of Title 26, United States Code, Sections 5861(d) and 5871.

## Count 3

On or about January 13, 2025, in the District of Arizona, Defendant VERNON ANDREW PORTER, did knowingly possess a firearm, as defined in Title 26, United States Code, Section 5845(e), not identified by a serial number as required by chapter 53 of Title 26.

In violation of Title 26, United States Code, Sections 5861(i) and 5871.

A TRUE BILL

_S/_
FOREPERSON OF THE GRAND JURY
Date:  September 23, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


_S/_
RAYNETTE M. LOGAN
Assistant U.S. Attorney

- 2 -